IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL M. CHILDS,                                                  CV. 08-174-MA

        Petitioner,                                              ORDER

  v.

J.E. THOMAS,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#13) is GRANTED. This proceeding is DISMISSED, without prejudice. All pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this _26_ day of May, 2009.

                                _/s/  Malcolm F. Marsh_____
                                Malcolm F. Marsh
                                United States District Judge